## Altman, Appellant, v. Philadelphia.

Argued April 28, 1958. Before JONES, C. J., MUS-MANNO, ARNOLD, JONES and COHEN, JJ.

*Paul A. Wolkin,* with him *Wolkin, Sarner & Cooper,* for appellant.

*James L. Stern,* Deputy City Solicitor, with him *Frank O'Brien,* Assistant City Solicitor, and *David Berger,* City Solicitor, for appellees.

*Robert B. Einhorn,* with him *G. Levering Arnhold, Edward N. Gottlieb, Edward Unterberger,* and *Einhorn & Schachtel,* for intervening defendants, appellees.

OPINION PER CURIAM, May 26, 1958:

The decree in the Court below is affirmed on the Supplemental Adjudication of Judge FLOOD of Court of Common Pleas No. 6 of Philadelphia County.

Costs on the appellant.